## FOURTH DEPARTMENT, JUNE, 1912.

Jeanette Sprague, Appellant, v. Katherine L. Walts, as Executrix, etc., of Charles H. Walts, Deceased, Respondent.— Order affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

Jeanette Sprague, Appellant, v. Katherine L. Walts, as Executrix, etc., of Charles H. Walts, Deceased, Respondent.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented.

David Clute, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Judgment and orders affirmed, with costs. All concurred.

Quincy S. Thomas, Respondent, v. Eastern Concrete Steel Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Estate of Mary Killan, Deceased. Miles T. O'Reilly, as Administrator, etc., of Mary Killan, Deceased, Appellant; Martin Killeen, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Martin Kasprovoski, Respondent, v. United States Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Peter Koprucki, as Treasurer of the Polish Union of America, Respondent, v. Piotr Wojciechowski and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Dock and Mill Company, Appellant, v. G. Clay Cox, Respondent.— Judgment affirmed, with costs. New trial to be had in Rochester Municipal Court on the 18th day of June, 1912, at ten A. M. All concurred.

Herbert J. Kingsley, Respondent, v. John McCaslin, Appellant.— Judgment and order affirmed, with costs. All concurred.

Horace I. Kendall, Respondent, v. George F. Erdle, Appellant.— Judgment affirmed, with costs. All concurred.

Uriah H. Lewis, Appellant, v. New York, Ontario and Western Railway Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented upon the grounds stated in his dissenting opinion on former appeal in same case, reported in 146 Appellate Division, 250.

Melville Farrar, Respondent, v. Avery W. Kingsley and Others, Impleaded with Nathan R. Williams, Appellant.— It appearing that there are not four justices qualified to sit in the case, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. McLennan, P. J., and Spring, J., not sitting.

Horace H. Potter, Respondent, v. Pennsylvania Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Thomas J. Hooks, Appellant, v. The City of Utica, Respondent.—